**Fabrice SADHVANI, Appellant**

v.

**Michael CHERTOFF, Secretary, United States Department of Homeland Security, et al., Appellees.**

No. 06–5405.

United States Court of Appeals, District of Columbia Circuit.

May 13, 2008.

Brian William Shaughnessy, Shaughnessy, Volzer & Gagner, Paul Shearman Allen, Paul Shearman Allen & Associates, Washington, DC, for Appellant.

Madelyn Elise Johnson, R. Craig Lawrence, Assistant U.S. Attorneys, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, HENDERSON and RANDOLPH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j).

For the reasons well stated by the district court, it is **ORDERED AND ADJUDGED** that the judgment of the district court be affirmed.

Pursuant to Rule 36 of this Court, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc. See* FED R.APP. P. 41(b); D.C.CIR. R. 41.